UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Andrew Nguyen                          Case No. 10-49085
                                          Chapter 7
         Debtor.                 Honorable Thomas J. Tucker
_____/

**NOTICE OF UNDER $5.00 DIVIDEND**

**TO THE CLERK OF THE COURT:**

      The attached check in the amount of $4.54 represents the total sum of under $5.00 dividends in this estate and is paid to the Court pursuant to 11 U.S.C. § 347(a). The name(s) and address(es) of the Party(ies) associated with these dividends is (are) as follows:

| CREDITOR NAME | CLAIM NO. | AMOUNT OF DIVIDEND |
|---|---|---|
| HSBC Bank Nevada, NA<br>Bass & Associates, PC<br>3936 E. Ft. Lowell Road, Suite 200<br>Tucson, AZ 85712 | 14 | $4.54 |

Date: September 8, 2011          /s/ CHARLES J. TAUNT
                                               CHARLES J. TAUNT, Trustee
                                               700 East Maple Road
                                               2nd Floor
                                               Birmingham, MI  48009
                                               (248) 647-1127